## **STATEMENT OF FACTS**

On April 21, 2019, members of the Metropolitan Police Department (MPD), Narcotics and Special Investigations Division (NSID), Gun Recovery Unit (GRU) were on patrol in the 2300 block of Good Hope Road Southeast in Washington, D.C., when they observed a silver Mercedes (Virginia Tag: 49675K) with a heavy window tint.

As the officers prepared to conduct a traffic stop on the vehicle, the driver and sole occupant of the vehicle pulled into the 2300 block of Altamont Place Southeast in Washington, D.C., and pulled over and parked the vehicle. Officers conducted the traffic stop and made contact with the driver, identified as Brandon Lee (Defendant Lee). Officers asked Defendant Lee to step out of the vehicle, and he refused. Defendant Lee was assisted by Officers out of the vehicle.

While a WALES/NCIC check of Defendant Lee was being conducted and the Notice of Infraction for the window tint was being completed, a MPD canine Officer and his K9 arrived on scene and conducted an outer sweep of the aforementioned vehicle. The K9 gave a trained indication on the vehicle for the presence of firearms. While searching the vehicle, Officers recovered a black semi-automatic pistol from the center console of the vehicle occupied by Defendant Lee. The defendant was placed under arrest and transported to the Sixth District for processing.

The firearm recovered was a black in color Smith & Wesson, M&P9C, .9 millimeter semi-automatic pistol and loaded with one (1) round in the chamber and eleven (11) rounds in the magazine. To the best of the undersigned officer's knowledge, the defendant has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of the defendant through the National Crime Information Center confirmed that the defendant had a prior felony conviction in the Superior Court of the District of Columbia, Criminal Case No. 2007CF3020853. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. There are no firearm manufacturers in the District of Columbia.

_____
OFFICER MERISSA MCCAW
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE